```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 08767
   DWIGHT L WALLACE SR
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7867


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/10/2008 and was not confirmed.

     The case was dismissed without confirmation 07/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE SECURED NOT I  NOT FILED             .00            .00
BUREAU OF COLLECTION REC NOTICE ONLY    NOT FILED             .00            .00
BUREAU OF COLLECTION REC NOTICE ONLY    NOT FILED             .00            .00
BUREAU OF COLLECTION REC NOTICE ONLY    NOT FILED             .00            .00
BUREAU OF COLLECTION REC NOTICE ONLY    NOT FILED             .00            .00
CAVALRY PORTFOLIO SERVIC NOTICE ONLY    NOT FILED             .00            .00
CCA                      UNSEC W/INTER  NOT FILED             .00            .00
CITIFINANCIAL AUTO CREDI UNSEC W/INTER    1118.28              .00            .00
CITY OF BLUE ISLAND      UNSEC W/INTER  NOT FILED             .00            .00
HARRIS & HARRIS          UNSEC W/INTER  NOT FILED             .00            .00
NCO FIN/99               UNSEC W/INTER  NOT FILED             .00            .00
NICOR GAS                UNSEC W/INTER  NOT FILED             .00            .00
PIERCE & ASSOCIATES      NOTICE ONLY    NOT FILED             .00            .00
LITTON LOAN SERVICING    CURRENT MORTG        .00             .00            .00
LITTON LOAN SERVICING    MORTGAGE ARRE   24930.77             .00            .00
REGIONAL ACCEPTANCE CORP SECURED VEHIC   18155.53             .00            .00
REGIONAL ACCEPTANCE CORP UNSECURED      NOT FILED             .00            .00
INTERNAL REVENUE SERVICE PRIORITY         3385.45             .00            .00
CAVALRY PORTFOLIO SERVIC UNSECURED         522.83             .00            .00
INTERNAL REVENUE SERVICE UNSECURED        1973.35             .00            .00
ASSET ACCEPTANCE LLC     UNSECURED        2319.32             .00            .00
DWIGHT WALLACE JR        NOTICE ONLY    NOT FILED             .00            .00
LEGAL HELPERS PC         DEBTOR ATTY     2,000.00                            .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 08767 DWIGHT L WALLACE SR
```

```
ADMINISTRATIVE                                                              .00
TRUSTEE COMPENSATION                                                        .00
DEBTOR REFUND                                                               .00
                                     ---------------      ---------------
TOTALS                                           .00                  .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                          PAGE   2
        CASE NO. 08 B 08767 DWIGHT L WALLACE SR